# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GRECO | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:12-2576 |
| v. | : | (JUDGE MANNION) |
| MICHAEL SENCHAK, et al. | : | |
| Defendants. | : | |

## ORDER

**IT IS HEREBY ORDERED:**

**(1)** The motion to dismiss filed by defendant Point and Pay, (Doc. No. 16), is **DENIED**.

**(2)** The motion to dismiss filed by defendants Luzerne County, Northeast Revenue Services, John Rodgers, and Sean Shamany, (Doc. No. 2), is **GRANTED IN PART** and **DENIED IN PART**.

**(3)** Defendants' motion to dismiss plaintiff's tortious malfeasance and misfeasance claims against defendants Rodgers, Shamany, and Northeast Revenue Services, (Doc. No. 2), is **DENIED**.

**(4)** Defendants' motion to dismiss plaintiff's claims against defendants Shamany and Rodgers on qualified immunity grounds, (Doc. No. 2), is **DENIED**.

**(5)** Defendants' motion to dismiss plaintiff's equal protection claims,

(Doc. No. 2), is **GRANTED**, but the court will **GRANT** plaintiff **LEAVE TO AMEND** his complaint to attempt to properly state claims for which relief can be granted.

**(6)** Defendants' motion to dismiss the municipal liability claims, (Doc. No. 2), is **GRANTED**.

**(7)** Defendants' motion to dismiss the negligence claims against Northeast Revenue Services and Point and Pay is **GRANTED** except for those claims arising out of the publication of information about plaintiff's financial status and the mistaken tax sale notices.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 26, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2576-01-ORDER.wpd