# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GRECO, | : |
| Plaintiff | : |
| | : Civil Action No. 3:12-2576 |
| v. | : |
| | : (JUDGE MANNION) |
| MICHAEL SENCHAK, | : |
| Defendants | : |

# O R D E R

**IT IS HEREBY ORDERED THAT:**

**(1)** Plaintiff's motion for reconsideration of an inconsistency between this court's August 26, 2013 memorandum of law, (Doc. No. 65), and order of that same day, (Doc. No. 66), is **GRANTED.**

**(2)** Plaintiff's motion for reconsideration on all other grounds is **DENIED.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 23, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2576-02-order.wpd