# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**THOMAS GRECO,** :

**Plaintiff** :

                                           Civil Action No. 3:12-2576

**v.** :

**MICHAEL SENCHAK,** *et al.*, : **(JUDGE MANNION)**

**Defendants** :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion to dismiss plaintiff's claims under the Equal Protection Clause, (Doc. 88), is **GRANTED**. As all claims over which the court has original jurisdiction are dismissed, the court will decline to exercise supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. §1367(c)(3), and thus the state law claims are **DISMISSED** without prejudice to refiling in state court. Plaintiff's complaint, (Doc. 84), is **DISMISSED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 10, 2014**